**TORRES | TORRES STALLINGS
A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
EDUARDO JOSUE HERNANDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO JOSUE HERNANDEZ,<br><br>Defendants. | Case No. 5:23-MJ-00044-CDB-4<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DAVID A. TORRES AS ATTORNEY OF RECORD; [PROPOSED] ORDER** |

On November 15, 2023, defendant Eduardo Josue Hernandez was indicted on federal charges. CJA Panel attorney, David A. Torres, was appointed as counsel to represent Mr. Hernandez on November 16, 2023.

On November 16, 2023, I was notified by the Office of the Federal Defender that I would be needed for an initial appearance and subsequent detention hearing for the defendant in this case. I accepted an appointment in this matter. Mr. Hernandez was arraigned on an out-of-district Indictment on November 16, 2023, at the Bakersfield Federal Courthouse before Honorable Judge Christopher D. Baker where a detention hearing was set for November 21, 2023.

On November 21, 2023, a detention hearing was held via ZOOM Video Conference. The court ordered defendant released pursuant to conditions proposed by pre-trial services as preserved on the record, including posting of $75,000 bond secured in the equity of the residence of Ms. Monica Garcia Hernandez. On November 27, 2023, a Notice of Entry of Order by USDC

1

Middle District of North Carolina Staying and Revoking Magistrate Judges Release Order was filed by AUSA Cody Chappel, the order was signed and Mr. Hernandez was committed to the Middle District of North Carolina, therefore, representation has come to an end. Having completed my representation of Mr. Hernandez, CJA attorney, David A. Torres, now moves to terminate his appointment under the Criminal Justice Act.

      Should Mr. Hernandez seek further legal assistance, Mr. Hernandez is advised to contact the Office of the Federal Defender for the Middle District of North Carolina at 301 North Elm Street Suite 410 Greensboro, NC 27401 United States. The phone number for the office is (336) 333-5455. If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

Dated: December 15, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ David A. Torres*
　　　　　　　　　　　　　　　　　　　　　　David A. Torres
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　Eduardo Josue Hernandez

# [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter for Eduardo Josue Hernandez. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Middle District of North Carolina at 301 North Elm Street Suite 410 Greensboro, NC 27401 United States. The phone number for the office is (336) 333-5455.  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant, Eduardo Josue Hernandez, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Eduardo Josue Hernandez
254 Taylor Avenue
McFarland, CA 93250
661-792-3492

IT IS SO ORDERED.

Dated:   **December 18, 2023**                    _____
UNITED STATES MAGISTRATE JUDGE